UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA LEWIS,<br><br>                       Plaintiff,<br><br>            -against-<br><br>DAVID HOOVLER; ORANGE COUNTY<br>DISTRICT ATTORNEY'S OFFICE,<br><br>                      Defendants. | 21-CV-2438 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 5, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 5, 2021
            New York, New York

                                              COLLEEN McMAHON
                                          Chief United States District Judge